

NUMBER 13-16-00324-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CAMERON COUNTY AND LOS FRESNOS
CONSOLIDATED INDEPENDENT SCHOOL DISTRICT,          Appellants,

v.

VALLEY SANDIA, LTD. CO.,
A TEXAS LIMITED LIABILITY CO.,                        Appellee.

On Appeal from the 404th District Court
of Cameron County, Texas.

# ORDER

**Before Chief Justice Valdez and Justices Garza and Longoria
Order Per Curiam**

Appellants, Cameron County and Los Fresnos Consolidated Independent School

District, have filed a motion to stay the trial court's order of June 9, 2016, requiring it to,

inter alia, accept unspecified amounts as payments for delinquent property taxes,

release liens, and enter into payment plans.   Appellants argue that the trial court's order

grants injunctive relief and they are entitled to a stay to preserve the status quo and to preserve this Court's jurisdiction to hear the merits of the appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(4) (West, Westlaw through 2015 R.S.); TEX. R. APP. P. 10, 29.

Having reviewed and fully considered appellants' motion to stay the trial court's order, we GRANT the motion and ORDER the trial court's June 9, 2016, order to be STAYED pending further order of this Court.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
22nd day of June, 2016.